**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO CURINSITA MALDONADO, *Petitioner*, <br><br> v. <br><br> ERIC H. HOLDER JR., Attorney General, *Respondent*. | No. 09-71491 <br><br> Agency No. A017-263-848 <br><br><br> ORDER |

Filed July 29, 2014

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judges Graber and Friedland did not participate in the deliberations or vote in this case.